IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASTERIUS MUTAYOBA RULAMKA,<br><br>Defendant. | Case No. 1:25-CR-75<br><br>Count One: 49 U.S.C. §§ 46504, 46501<br>(Interference with Flight Crew Member and Attendant)<br><br>Count Two: 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1)<br>(Simple Assault Aboard an Aircraft in Flight)<br><br>Count Three: 18 U.S.C. § 113(a)(4) and 49 U.S.C. § 46506(1)<br>(Assault by Beating, Striking, or Wounding Aboard an Aircraft in Flight) |

**INDICTMENT**
March 2025 Term – at Alexandria, Virginia

Count One
*(Interference with Flight Crew Member and Attendant)*

THE GRAND JURY CHARGES THAT:

On or about March 5, 2025, while aboard American Airlines Flight # 5574, an aircraft in flight within the special aircraft jurisdiction of the United States, on a nonstop flight from Wichita, Kansas (ICT) to Ronald Reagan Washington National Airport (DCA), within the jurisdiction of the Eastern District of Virginia, the defendant, ASTERIUS MUTAYOBA RULAMKA, did knowingly interfere with the performance of the duties of a flight attendant of the aircraft (to wit: Victim-1), and lessen the ability of Victim-1 to perform those duties, by assaulting and intimidating Victim-1.

(In violation of Title 49, United States Code, Sections 46504 and 46501.)

## Count Two
*(Simple Assault Aboard an Aircraft in Flight)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 5, 2025, while aboard American Airlines Flight ## 5574, an aircraft in flight within the special aircraft jurisdiction of the United States, on a nonstop flight from Wichita, Kansas (ICT) to Ronald Reagan Washington National Airport (DCA), within the jurisdiction of the Eastern District of Virginia, the defendant, ASTERIUS MUTAYOBA RULAMKA, did assault Victim-1.

(In violation of Title 18, United States Code, Section 113(a)(5) and
Title 49, United States Code, Section 46506(1).)

## Count Three
*(Assault by Striking, Beating, or Wounding Aboard an Aircraft in Flight)*

THE GRAND JURY CHARGES THAT:

On or about March 5, 2025, while aboard American Airlines Flight # 5574, an aircraft in flight within the special aircraft jurisdiction of the United States, on a nonstop flight from Wichita, Kansas (ICT) to Ronald Reagan Washington National Airport (DCA), within the jurisdiction of the Eastern District of Virginia, the defendant, ASTERIUS MUTAYOBA RULAMKA, did assault Victim-2 by striking, beating, or wounding.

(In violation of Title 18, United States Code, Section 113(a)(4) and
Title 49, United States Code, Section 46506(1).)

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Erik S. Siebert
United States Attorney

By: _____
Max Willner-Giwerc
Special Assistant United States Attorney
April Russo
Assistant United States Attorney