# UNITED STATES DISTRICT COURT
# CHANGE OF PLEA MINUTES

Date: **5/7/2025**  
Time: **9:36-9:57**

Case No.: **1:25-CR-75**  
Judge: **Hon. Anthony J. Trenga**  
Reporter: **Rhonda Montgomery**  
Deputy Clerk: **Dani Zirk**  
Interpreter: **Claudine Mugabo**  
Language: **Swahili**

**UNITED STATES of AMERICA**

V.

**ASTERIUS MUTAYOBA RULAMKA**

Counsel for Defendant  
**Cadence Mertz**

Counsel for Government  
**Max Willner-Giwerc**  
**Alexander Blanchard**

**PROCEEDINGS:**

Defendant w/d his NG plea and PG to Count 1 of the Indictment.  
Court accepts plea.  
Expedited Sentencing scheduled for **6/11/2025 @ 9:00 a.m.**  
Jury Trial currently set for 6/3/2025 at 10:00 a.m. is OFF.

---

**Matter called for**:  
[ ] Pre Indictment Plea  [X] Change of Plea  [ ] Plea Agreement

**Filed in open court under seal**:  
[X] Information  [X] Plea Agreement  [X] Statement of Facts  [ ] Waiver of Indictment  
[ ] Consent Order of Forfeiture

**Arraignment & Plea**:  
[ ] WFA  [X] FA  [X] PG

[X] Deft entered a Plea of Guilty to Counts 1 and 2 of the [ ] Indictment [X] Superseding Information  
[X] Plea accepted.  
[ ] Government's Motion to dismiss  
[ ] Order to follow.  
[X] Deft Directed to USPO  [X] Yes  [ ] No  
[X] Case continued to **June 11, 2025** at **9:00 a.m.**, for:  
[ ] Jury Trial  [ ] Bench Trial  [ ] Pre-Guidelines Sentencing  [X] Guidelines Sentencing

[X] Deft Remanded  [ ] Deft Released on Bond  [ ] Deft Continued on bond