IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-cr-75 |
| ASTERIUS MUTAYOBA RULAMKA, | Hon. Anthony J. Trenga |
| Defendant. | |

## STATEMENT OF FACTS

The United States and the defendant, ASTERIUS MUTAYOBA RULAMKA, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On March 5, 2025, the defendant boarded American Airlines Flight # 5574, a nonstop flight from Wichita, Kansas (ICT) to Ronald Reagan Washington National Airport (DCA), which is located in the Eastern District of Virginia.

2. The events that took place on the flight occurred within the special aircraft jurisdiction of the United States and within the Eastern District of Virginia.

3. The defendant was originally assigned to seat 14C, which was located in the middle of the aircraft. During the flight's descent, the defendant left his assigned seat, moved to the rear of the aircraft, and sat down in the last row.

4. Once in the last row, the defendant began speaking to Victim-1, a flight attendant in the rear jump seat. Among other remarks, the defendant told Victim-1 that the defendant would "fuck [Victim-1] up."

5. Because of this erratic behavior, passengers began filming the defendant. Victim-2, a passenger in the second-to-last row, was seated in front of the defendant and attempted to film the defendant with a cellular phone.

6. The defendant swung his right hand at Victim-2 multiple times. The defendant ripped off Victim-2's hat and metal glasses, struck Victim-2's arms, and struck Victim-2 in the face near his left eye. Victim-2 suffered a swollen, bruised, and bloodshot eye as a result of the defendant's actions.

7. The defendant, in between strikes at Victim-2, struck Victim-1's hands multiple times using his right hand. After grabbing Victim-1's metal glasses face with his right hand, the defendant swung the metal glasses at Victim-1. At one point, the defendant swung at Victim-1, and Victim-1 moved out of the way. Victim-1 sustained a small laceration to his finger and a broken fingernail during the altercation.

8. Flight attendants were eventually able to subdue the defendant with the assistance of three able-bodied passengers. The flight landed shortly thereafter in DCA.

9. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

10. This statement of facts includes those facts necessary to support the defendant's guilty plea. It does not include every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all the facts surrounding the defendant's case.

Respectfully Submitted,

Erik S. Siebert
United States Attorney

Date: 5/7/25

By: _____ (for April Russo)
April N. Russo
Assistant United States Attorney
Max Willner-Giwerc
Special Assistant United States Attorney

I have read the above Statement of Facts and carefully reviewed every part of it with my attorney. After consulting with my attorney, I, ASTERIUS MUTAYOBA RULAMKA, hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
ASTERIUS MUTAYOBA RULAMKA

I am Cadence Mertz, the defendant's attorney. I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____
Cadence Mertz
Attorney for ASTERIUS MUTAYOBA RULAMKA

3