# IN THE UNITED STATES COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:25-cr-75 |
| v. ) | |
| ) | Hon. Anthony J. Trenga |
| ASTERIUS MUTAYOBA ) | |
| ) | |
| Defendant. ) | Sentencing: June 11, 2025 |

## SUPPLEMENT TO DEFENSE POSITION ON SENTENCING

Defendant Asterius Rulamka submits the attached exhibit—a letter from his brother—as additional support for the defense Position on Sentencing filed under seal on June 4, 2025.

Respectfully submitted,

ASTERIUS MUTAYOBA RULAMKA

By Counsel,
Geremy C. Kamens
Federal Public Defender

/s/ Cadence Mertz
Cadence Mertz
Va. Bar No. 89750
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 (T)
(703) 600-0880 (F)
Cadence_Mertz@fd.org

| | |
|---|---|
| From: | Bakari Rulamka |
| To: | Cadence Mertz |
| Subject: | Updated letter. |
| Date: | Wednesday, June 4, 2025 3:29:14 PM |

**EXTERNAL SENDER**

Honorable Anthony J.Trenga

U.S. District Judge

Dear Judge, Trenga,

I, Bakari Rulamka have known Asterius Rulamka all my life, we're brothers. We were raised by our parents together. I can say our parents did a great job raising us. I have a four-year college education in accounting, he has a diploma in hotels management. He works in healthcare industry.

Asterius is known to me and other siblings as a great brother, husband, uncle, father to his two daughters and grandfather. ▮

▮ What happened on the plane in March, doesn't define his character, it may have been lack of enough rest, working long hours, transitioning to a new job and city. There could been a lapse in getting his medication as he was trying to find a new provider in the new place. ▮, he is humble, collected, quiet and very respectful to others around him.

For those who have known and been around him, be it coworkers, supervisors, friends and acquaintances, they all love and speak highly of him.

Asterius is a very hardworking man, who takes good care of his family and a responsible taxpayer.

Yours respectfully,
Bakari Rulamka