IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:25-cr-75 |
| v. | ) | |
| | ) | |
| ASTERIUS MUTAYOBA RULAMKA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Having considered the Defendant's Motion to Seal the Position on Sentencing, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED and defendant's Position on Sentencing shall be and remain SEALED.

It is SO ORDERED.

Dated: June 6, 2025
Alexandria, VA

_____
Anthony J. Trenga
Senior U.S. District Judge