# UNITED STATES DISTRICT COURT
## SENTENCING MINUTES

Date: **6/11/2025**  
Time: **10:53-11:05**

Case No.: **1:25-CR-75**  
Judge: **Hon. Anthony J. Trenga**  
Reporter: **Rhonda Montgomery**  
Deputy Clerk: **Dani Zirk**  
Interpreter: **Waived**  
Language: **Swahili**

**UNITED STATES of AMERICA**

V.

**ASTERIUS MUTAYOBA RULAMKA**

Counsel for Defendant  
**Cadence Mertz**

Counsel for Government  
**Max Willner-Giwerc**  
**Jordan Harvey**

Court adopts PSI (**X**) without exceptions ( ) with exceptions: **Govt. has no objections to the PSIR. No objection to the PSIR by the deft .**

**SENTENCING STATUTORY PROVISIONS** :  
Offense Level: **N/A**  
Criminal History: **I**  
Imprisonment Range: Count 1: Not more than **6** months  
　　　　　　　　　Count 2: Not more than **6** months  
Supervised Probation: Count 1: Not more than **6** months  
　　　　　　　　　　Count 2: Not more than **6** months  
Supervised Release: **N/A**  
Fine Range: Count 1: **$5,000**  
　　　　　　Count 2: **$5,000**  
Restitution **TBD**  
Special Assessment: Count 1: **$10**  
　　　　　　　　　Count 2: **$10**

**JUDGMENT OF THE COURT:**  
BOP for a term of **TIME SERVED** as to Count 1.  
Supervised Probation for a total of **1** year as to Count 2, with special conditions.  
Fine Imposed of $____ due and payable immediately.  
Restitution of $____ payable immediately.  
Special Assessment **$20**  
(**X**) Fine/costs of incarceration waived.

**SPECIAL CONDITIONS**:
- **X** Upon completion of his sentence, the defendant is to be surrendered to a duly authorized immigration official of the Department of Homeland Security Bureau of Immigration and Customs Enforcement for deportation, in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. § 1101, et seq.
- **X** If ordered deported, the defendant shall remain outside of the United States and not return without the express written consent of the United States Attorney General and the Secretary of the Department of Homeland Security.
- **X** The defendant shall participate in a program approved by the United States Probation Office for mental health treatment and follow the rules and regulations of that program. The cost of this program is to be paid by the defendant as directed by the probation officer. The defendant shall waive all rights of confidentiality regarding mental health treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.
- **X** The defendant shall take all prescribed medications.

**RECOMMENDATIONS to BOP**:
_____ Dft. to be designated to a facility located near _____, if available and appropriate
_____ Dft. designated to facility to participate in ICC (Boot Camp) type program
_____ Dft. to participate in the BOP 500 Hour Residential Drug Abuse Treatment Program (RDAP).

Defendant: **(X)**  Remanded     ( )  Cont'd on Bond     ( ) Referred to USPO     ( ) Self-surrender