IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-CR-75 |
| ASTERIUS MUTAYOBA RULAMKA | The Honorable Anthony J. Trenga |
| Defendant | |

## MOTION TO DISMISS INDICTMENT

The United States, by undersigned counsel, hereby moves this Court to dismiss the Indictment in the above-captioned case in accordance with the plea agreement.

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By:  /s/
Max Willner-Giwerc
Special Assistant United States Attorney
April Russo
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3913
Fax: (703) 299-3980
Email: max.willner-giwerc2@usdoj.gov