IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASTERIUS MUTAYOBA RULAMKA<br><br>Defendant | Case No. 1:25-CR-75<br><br>The Honorable Anthony J. Trenga |

### ORDER

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that the motion to dismiss the Indictment is granted; and it is further ORDERED that the Indictment be hereby dismissed.

Date: June 23, 2025
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge
United States District Judge